LILLIAN CLAWANS, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
JOSEPH E. COHN, DEFENDANT-RESPONDENT.

*Miss Lillian Clawans* and *Mr. Robert C. Gruhin* for the
petitioners.

*Messrs. Lowenstein & Cohen* for the respondent.

April 23, 1956. Denied.

IN THE MATTER OF L. EDWARD KATZ.

See same case below: 34 *N. J. Super.* 394; 19 *N. J.* 328.

*Mr. John O. Bigelow* and *Mr. Morton Stavis* for the
petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the
respondent.

April 23, 1956. Previous action reconsidered and certi-
fication granted.